IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HARDY L RUTH,

    Petitioner,

v.                                       CASE NO. 4:07-cv-00108-MP-MD

BILL MCCOLLUM,
WENDEL C WHITEHURST,

    Respondents.

_____/

## **O R D E R**

This matter is before the Court on Doc. 29, Consent Motion for Extension of Time to File Objections to Report and Recommendation, filed by Hardy L Ruth.  The motion is granted, and the Petitioner shall file objections to the Report and Recommendation by Monday, September 8, 2008.

**DONE AND ORDERED** this  5th day of September, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge